## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
2011 APR 15 AM 11: 01
FILED
CLERK

1.  Title of Case: **United States v. ANTHONY JOHN JOHNSON**
2.  Related Magistrate Docket Number(s): N/A

3.  Arrest Date:  **N/A**
4.  Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

**CR 11 - 287**

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules): _____

**VITALIANO, J.**

6.  Projected Length of Trial:   Less than 6 weeks      (X)
                                 More than 6 weeks      ( )

**AZRACK, M.J.**

7.  County in which crime was allegedly committed: Queens
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?      ( ) Yes   (X) No

9.  Have arrest warrants been ordered?                        ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Ilene Jaroslaw
Patrick Sean Sinclair
Assistant U.S. Attorneys
718-254-6402

*ENV + JMA*
*11-287*